UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TANIKA FONTANEZ, JARMIL THARPE, and KAAMIL JENKINS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF WORCESTER, GARY J. GEMME, Chief of Police, Worcester, Massachusetts, in his official and individual capacities; DANIELLE PIRES, in her official and individual capacities; SEAN BAXTER, in his official capacity; and KEVIN KRUSAS, in his official and individual capacities,<br><br>    Defendants. | Civil Action No.<br>09-40203-FDS |

**MEMORANDUM AND ORDER ON
PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S DECISION ON
DEFENDANT PIRES' MOTION FOR SUMMARY JUDGMENT AS TO MALICIOUS
PROSECUTION FOR ASSAULT AND BATTERY ON A POLICE OFFICER**

**SAYLOR, J.**

Plaintiff Kaamil Jenkins moved on September 19, 2012, for clarification of this Court's 's Amended Memorandum and Order on Defendants' Motions for Summary Judgment, entered on July 9, 2012. That motion for clarification is GRANTED.

For the reasons set forth in the Court's Amended Memorandum and Order on Defendants' Motions for Summary Judgment, defendant's motion for summary judgment was DENIED as to plaintiff Jenkins's malicious prosecution claim against defendant Pires in Count 11 to the extent it arises from the charges related to assault and battery on a police officer. Defendant's motion for summary judgment was GRANTED as to plaintiff Jenkins's malicious

prosecution claim against defendant Pires in Count 11 to the extent it arises from the incident with defendant Pires's daughter.

**So Ordered.**

                                          /s/ F. Dennis Saylor
                                          F. Dennis Saylor IV
Dated:  September 25, 2012                           United States District Judge